## BLUNK *et al.* v. STATE.

No. 5196. Opinion Filed September 28, 1915.

(151 Pac. 1196.)

*Error from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

Action by State of Oklahoma against D. M. Blunk and others. Judgment for plaintiffs, and defendants bring error. Dismissed.

*Giddings & Giddings,* for plaintiff in error.

Opinion by MATHEWS, C. No brief having been filed in this case by the plaintiff in error, the appeal will be deemed abandoned, and the appeal, for that reason, should be dismissed.

By the Court: It is so ordered.